| 8 | 497 |
| 13 | 438 |
| 8 | 497 |
| 30 | 34 |

RYAN AND REAM CATTLE COMPANY, APPELLANT, *v.* JOHN C. MURDOCK AND ANOTHER, RESPONDENTS.

APPEAL.— NEW TRIAL.— TIME FOR REVIEWING EVIDENCE.— Where the statute prescribed that an appeal from an order denying a new trial must be taken within sixty days after the entry of such order, and an appeal from a judgment within one year, and a statement upon motion for new trial was filed, assigning as its only error the insufficiency of the evidence to justify the decision, and where the statute also prescribed that the evidence could not be reviewed upon appeal from the judgment, unless the appeal was taken within sixty days from the entry of such judgment; *held* that an appeal from an order refusing a new trial taken 63 days after entry of such order, and an appeal from a judgment taken over one year after its entry, must be dismissed.

APPEAL from a judgment and from an order refusing a new trial of the district court of the second district. The opinion states the facts.

*Mr. John M. Zane* and *Messrs. Bennett, Marshall and Bradley,* for the appellant.

*Mr. George Sutherland* and *Mr. Presley Denny,* for the respondent.

MINER, J.:

The record in this case shows that judgment was entered in favor of the defendants September 12, 1890, and on December 8, 1890, the plaintiff filed and served its notice of intention to move for a new trial on the ground of insufficiency of the evidence to justify the findings and decision. On February 9, 1892, notice of appeal from the judgment and order denying a new trial was filed and

entered.    The notice of intention to move for a new trial was not filed or served within the time required by § 3402, Comp. Laws 1888, nor was the time for such service extended by the court.    The appeal was not taken until after the expiration of one year from the time the judgment was entered.    Section 3636, Comp. Laws 1888.    The appeal from the order overruling plaintiff's motion for a new trial was not taken until after the expiration of 63 days from the making of such order.    Comp. Laws 1888, § 3635. The only exception presented in the record is "the insufficiency of the evidence to justify the findings and decision." Under our statute this objection cannot be reviewed on appeal unless the appeal is taken within 60 days after the rendition of the judgment.    Comp. Laws 1888, § 3635; *Hanks* v. *Matthews, supra,* 181, 30 Pac. Rep. 504.    These questions have been passed upon by this court in *Brough* v. *Mighell,* 6 Utah, 317, 23 Pac. Rep. 673; *Childs* v. *Kincaid* (Cal.), 30 Pac. Rep. 525; *Hanks* v. *Matthews, supra* 181, 30 Pac. Rep. 504.    Also, *Fairchild* v. *Daten,* 38 Cal. 286; *Irrigation Dist.* v. *Rathke,* 91 Cal. 538, 27 Pac. Rep. 783.    In *Brough* v. *Mighell* it is held that the court cannot grant additional time beyond 60 days for filing notice of appeal.

The appeal is dismissed with costs.

ZANE, C. J., and BARTCH, J., concurred.